# COMPLAINT
(for non-prisoner filers without lawyers)

U.S. District Court
Wisconsin Eastern

JAN 12 2026

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

James David Fish

v.

(Full name of defendant(s))

Deputy Steven S. Wimmer
Sheriff Matthew Spence
John Doe - To be named
Jane Doe - To be named

Case Number:

26-CV-50

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
(State)

N4247 River Dr. Marinette, WI. 54143
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Deputy Steven S. Wimmer
Sheriff Mathew Spence (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job) worked for **Sheboygan County Sheriffs Dept.**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Deputy Wimmer pulled me over on Oct 1, 2024 for a expierd Registration tag. I told the deputy I was housesitting for a friend as they are on vacation and my friends son forgot his engagment Ring at the house I was houssitting at.

I Took the Ring to my friend in milwaukee so his son could propose to his girlfriend. Deputy wimmer took my Drivers License and Ran it on his computer. I came back vaid

Complaint – 2

The next thing I knew I was told to exit my veical. with my friends large dog I was watching. I was confused with this order. no Deputy wimmer did search my personal car. with out my concent in fact Dep. wimmer never even asked.

Some empty containers was found. for THC.

At a motion hearing deputy wimmer admitted he had no indication of any thing being in my veical. no smell. nothing visual to be seen. I have no cleu why he searched my car.

The case was Dismissed Due to officers wimmers blatent violation of my protected Rights my 4th Amendment Rights where Violeted. I spent a year fighting the case.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want Compensatory damages, Punitive damages, Nominal damages, Declaratory Relief, Attorneys fee's if any. I am asking the court to award all the above Along with a injunction, that officer Wimmer his to go through Retraining To insure this incident dont happen again.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __11th__ day of __January__ 20__26__.

Respectfully Submitted,

_____
Signature of Plaintiff

__920-651-5700__
Plaintiff's Telephone Number

__JamesFish1107@gmail.com__
Plaintiff's Email Address

__N4247 River Dr.__

__marinette WI. 54143__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 1:26-cv-00050-WCG    Filed 01/12/26    Page 5 of 5    Document 1